600

Eric Jerrel WILSON, Petitioner—
Appellant,

v.

Matthew B. HAMIDULLAH,
Respondent—Appellee.

No. 07–7174.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 20, 2007.

Decided: Nov. 29, 2007.

Eric Jerrel Wilson, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Eric Jerrel Wilson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Wilson v. Hamidullah*, No. 4:07–cv–00013–PMD, 2007 WL 1795793 (D.S.C. June 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*